UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-4501-JFW (JPRx)**                                               Date:  October 14, 2016

Title:   Tara Jan Adams *-v-* Los Angeles Sheriffs Department, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER

Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on February 9, 2016, the parties were ordered to submit a Pre-Trial Conference Order and file Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by October 11, 2016.  The parties have violated the Court's Order by failing to file the required Pre-Trial Documents.

As a result of the parties' violations of the Court's Order, this action is **DISMISSED without prejudice**.  *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pre-Trial Conference scheduled for October 21, 2016, and the trial scheduled for November 8, 2016 are hereby **VACATED.**

IT IS SO ORDERED.